3762. McFARLAND *v.* LEE, for use, etc.

POTTLE, J. 1. Exception to a judgment refusing to allow an amendment to an answer can not properly be made in a motion for a new trial.

2. In a suit upon a forthcoming bond, the only question to be decided is whether or not there has been a breach of the bond. No issue can properly be raised as to the title of the property involved. *Rowland* v. *Page,* 4 *Ga. App.* 269 (61 S. E. 148).

3. The evidence authorized a finding that no claim had been interposed. This being so, the bond sued upon and which was given as the foundation of a claim is to be treated as a voluntary obligation. A recital in the bond that the principal obligor claims the property is not evidence that a claim has actually been interposed, but only that the obligor intended to interpose a claim. *Jones* v. *Kendrick,* 94 *Ga.* 645 (21 S. E. 831).

4. The evidence authorized a verdict that there had been a breach of the bond by the defendant.        *Judgment affirmed.*

DECIDED MARCH 6, 1912.

Action on bond; from city court of Lumpkin—Judge Nicholson presiding. September 1, 1911.

*T. T. James,* for plaintiff in error. *Tomlinson Fort,* contra.